UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELIOTT WILLIAMSON,

    Plaintiff,

v.                                         Case No. 3:23-cv-759-BJD-MCR

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. 11; Stipulation) filed on August 8, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of August 2023.

*/s/ Brian J. Davis*
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record